

# United States District Court

FOR THE

EASTERN DISTRICT OF MISSOURI



FILED

MAR 2 0 2006

U S DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA

v.                                             Crim. No. 4:01CR00367 SNL

Carl Gene Nettles


**IT IS HEREBY ORDERED** that the Petition for Warrant or Summons for Offender Under Supervision filed on December 12, 2005, is withdrawn on March 20, 2006.

**IT IS FURTHER ORDERED** that the offender is to immediately enter the Gibson Center Inpatient Treatment Program.

_____
Stephen N. Limbaugh
Senior United States District Judge

20th day of March, 2006